FILED ENTERED / RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD

JUN 14 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-271-RFB-CWH |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| STEVEN LAVERN LAWRENCE, SR., | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p) based upon the plea of guilty by Steven Lavern Lawrence, Sr., to the criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Steven Lavern Lawrence, Sr., pled guilty. Criminal Information, ECF No. 4; Plea Agreement, ECF No. 6; Preliminary Order of Forfeiture, ECF No. 7; Change of Plea, ECF No. 10.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $137,815 complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site,

www.forfeiture.gov, consecutively from September 15, 2018, through October 14, 2018, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 13.

This Court finds the United States of America notified known third parties by personal service, or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 14; Notice of Filing Service of Process – Mailing, ECF No. 15.

On September 25, 2018, the United States Marshals Service attempted to personally serve Sarah Marie Lawrence with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 14.

On September 28, 2018, the United States Attorney's Office served Sarah Marie Lawrence with copies of the Preliminary Order of Forfeiture and the Notice by regular and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 15.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States of America:

1. A Microsoft Surface Book bearing serial number 017928154657;

2. A Microsoft Surface Book bearing serial number 016573654857; and

3. A Microsoft Surface Book bearing serial number 001104154357

(all of which constitutes property); and

that the United States recover from Steven Lavern Lawrence, Sr., the in personam criminal forfeiture money judgment of $137,815, and that the property will not be applied toward the payment of the money judgment; and

the forfeiture of the money judgment and the property is imposed pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p) and 853(n)(7); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 14th day of June, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3