RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Steven Lavern Lawrence, Sr

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN LAVERN LAWRENCE, SR,<br><br>Defendant. | Case No. 2:18-cr-00271-RFB-CWH-1<br><br>**STIPULATION TO CONTINUE PROBATION REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Steven Lavern Lawrence, Sr, that the Probation Revocation Hearing currently scheduled on July 6, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to conduct investigations.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the probation revocation hearing.

DATED this 1st day of July, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Jawara Griffin*<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By */s/ Mina Chang*<br>MINA CHANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00271-RFB-CWH-1 |
| Plaintiff, | **ORDER** |
| v. | |
| STEVEN LAVERN LAWRENCE, SR, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the probation revocation hearing currently scheduled for Tuesday, July 6, 2021 at 2:00 p.m., be vacated and continued to  August 10, 2021  at the hour of  10 : 00  a.m.; or to a time and date convenient to the court.

DATED this 1st day of July, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE