RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Steven Lavern Lawrence, Sr

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>STEVEN LAVERN LAWRENCE, SR,<br><br>       Defendant. | Case No. 2:18-cr-00271-RFB-CWH-1<br><br>**STIPULATION TO CONTINUE PROBATION REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Steven Lavern Lawrence, Sr, that the Probation Revocation Hearing currently scheduled on August 10, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      Counsel is trying to accomplish a global resolution with his supervised release violation and Information that is being filed against him.

2.      The defendant is not in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the third request for a continuance of the probation revocation hearing.

DATED this 6th day of July, 2021.


RENE L. VALLADARES
Federal Public Defender

CHRISTOPHER CHIOU
Acting United States Attorney


By /s/ Jawara Griffin
JAWARA GRIFFIN
Assistant Federal Public Defender

By /s/ Mina Chang
MINA CHANG
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

STEVEN LAVERN LAWRENCE, SR ,

                    Defendant.

Case No. 2:18-cr-00271-RFB-CWH-1

**ORDER**

        IT IS THEREFORE ORDERED that the probation revocation hearing currently scheduled for Tuesday, August 10, 2021 at 10:00 a.m., be vacated and continued to September 14, 202 at the hour of 10 : 00  am m.; or to a time and date convenient to the court.

        DATED this 9th day of August, 2021.

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3