CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
MINA CHANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6055 / Fax: 702.388.6418
mina.chang@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN LAVERN LAWRENCE, SR.,<br><br>Defendant. | Case No. 2:18-cr-00271-RFB-CWH-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>**(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Steven Lavern Lawrence, Sr., that the Revocation Hearing currently scheduled on September 14, 2021 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 30 days. This Stipulation is entered into for the following reasons:

1. Mr. Lawrence's alleged conduct qualifies as a new federal crime, and the parties are attempting to reach a resolution of both the supervised release proceedings and the new federal charges based on the alleged conduct.

2.  Mr. Lawrence is not in custody and the parties agree to the continuance. This is the fourth request for a continuance of the revocation hearing.

DATED this 10th day of September, 2021.

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Jawara Griffin*<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | */s/ Mina Chang*<br>MINA CHANG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN LAVERN LAWRENCE, SR.,<br><br>Defendant. | Case No. 2:18-cr-00271-RFB-CWH-1<br><br>**ORDER TO CONTINUE REVOCATION HEARING**<br>**(Fourth Request)** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that in the interest of justice, the disposition of the pending revocation proceeding in this matter should be stayed until the new federal charges that gave rise to the revocation proceeding have been resolved.

## **ORDER**

IT IS THERFORE ORDERED that the revocation of supervised release hearing in *United States v. Steven Lavern Lawrence, Sr.*, 2:18-cr-00271-RFB-CWH-1, set for September 14, 2021, at 10 a.m., is hereby VACATED, and RESET for __October 19__, 2021, at _11:00 AM_ by video-conference in LV Courtroom 7C.

DATED this 10th day of September, 2021.

By: _____
HON. RICHARD F. BOULWARE
UNITED STATES DISTRICT COURT JUDGE