RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Steven Lavern Lawrence, Sr

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN LAVERN LAWRENCE, SR,<br><br>　　　　Defendant. | Case No. 2:18-cr-00271-RFB-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Steven Lavern Lawrence, Sr, that the Sentencing Hearing currently scheduled on February 23, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Lawrence took an at-home Covid-19 test. The test returned a positive result.

　　　　2.　　Mr. Lawrence requested an in-person hearing for his sentencing in this matter.

3. Due to the positive result of contracting the Corona Virus, it is unsafe for Mr. Lawrence to appear in person in court. Additionally, Mr. Lawrence is required to self-quarantine.

4. The defendant is not in custody and agrees with the need for the continuance

5. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 22nd day of February, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Jawara Griffin*<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By */s/ Mina Chang*<br>MINA CHANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN LAVERN LAWRENCE, SR,<br><br>    Defendant. | Case No. 2:18-cr-00271-RFB-CWH<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, February 23, 2022 at 11:00 a.m., be vacated and continued to __April 7, 2022__ at the hour of __9__:__00__ __a__.m..LV Courtroom 7C.

DATED this __22nd__ day of February, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE