AO 245D (Rev. 09/20)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
District of Nevada

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| STEVEN LAVERN LAWRENCE, SR. | ) | |
| | ) | Case No.  2:18-cr-00271-RFB-CWH |
| | ) | USM No.  55036-048 |
| | ) | JAWARA GRIFFIN, AFPD |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1,2A1, 2A2, 2A3, 2B1, 2B2, 2B3,2B4  of the term of supervision.
2C, 2D - [45] 12CPetition; 1,2 -[62]Addendum
☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** | |
|---|---|---|---|
| 1 -[45] 12C Petition | Do Not Commit Another Crime | 02/16/2021 | -Admit |
| 2A1 -[45] 12C Petition | Be Truthful | 03/26/2021 | -Admit |
| 2A2 -[45] 12C Petition | Be Truthful | 03/26/2021 | -Admit |
| 2A3-[45] 12C Petition | Be Truthful | 03/26/2021 | -Admit |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)  3!-[45] 12C Petition  and is discharged as to such violation(s) condition.

Last Four Digits of Defendant's Soc. Sec. No.:  9700

Defendant's Year of Birth:   1982

City and State of Defendant's Residence:
Las Vegas, NV

04/28/2022
Date of Imposition of Judgment

Signature of Judge

RICHARD F. BOULWARE, II        U.S. District Judge
Name and Title of Judge

04/28/2022
Date

AO 245D (Rev. 09/20)  Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: STEVEN LAVERN LAWRENCE, SR.
CASE NUMBER: 2:18-cr-00271-RFB-CWH

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded | |
|---|---|---|---|
| 2B1 -[45] 12C Petition | Be Truthful | 02/16/2021 | -Admit |
| 2B2 -]45] 12C Petition | Be Truthful | 02/16/2021 | -Admit |
| 2B3 -[45] 12C Petition | Be Truthful | 3/2021 | -Admit |
| 2B4 -[45] 12C Petition | Be Truthful | 03/26/2021 | -Admit |
| 2C -[45] 12C Petition | Be Truthful | 04/15/2021 | -Admit |
| 2D -[45] 12C Petition | Be Truthful | 04/15/2021 | -Admit |
| 1 -[62] Addendum | Do Not Commit Another Crime | 03/05/2021 | -Admit |
| 2 -[62] Addendum | Be Truthful | 07/19/2021 | -Admit |

AO 245D (Rev. 09/20)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: STEVEN LAVERN LAWRENCE, SR.
CASE NUMBER: 2:18-cr-00271-RFB-CWH

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
Thirteen months incarceration with no supervision to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district:
   ☑ at 04:00   ☐ a.m.   ☑ p.m.   on 06/30/2022 .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL